UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

| United States of America | CRIMINAL NO.: 07-785-JL-04 |
|---|---|
| v. | JURY COMMUNICATION NO. 1 |
| Geoffry Kouevi | |

① Geoffroy Testimony

② Agents reports (hand notes & typed)

③ In Jury Ins who is BH on page 43 and to indictment? (Confirm Belle Noovakey?)

DATE: Aug 2 2009

FOREPERSON: _____

UNITED STATES DISTRICT COURT
DISTRICT of NEW JERSEY

| | |
|---|---|
| United States of America | CRIMINAL NO.: 07-785-JL-04 |
| v. | JURY COMMUNICATION NO. 2 |
| Geoffry Kouevi | |

(1) We'd to end today 5:00PM and start tomorrow at 9:30AM

(2) Transcript of agent testimony for tomorrow

(3) Transcript of Bella's testimony

DATE: 8/3/09

FOREPERSON: ⟨signature⟩