UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____
                                        :
UNITED STATES OF AMERICA                :
                                        :
    v.                                  :   CRIMINAL NO. 07-785 (JLL)
                                        :
GEOFFRY KOUEVI                          :   **ORDER**
                                        :
            Defendant.                  :
_____  :

**LINARES**, District Judge.

Defendant Geoffry Kouevi having moved pursuant to Fed. R. Crim. P. 29 for a judgment of acquittal; and the Court having considered the briefs presented as well as oral argument; and for the reasons set forth on the record on August 5, 2009;

**IT IS** on this **6th day** of **August, 2009**,

**ORDERED** that Kouevi's motion for judgment of acquittal (Docket Entry No. 98) is **DENIED.**

**IT IS SO ORDERED**.

                                        /s/ Jose L. Linares
                                        United States District Judge

1